IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARCUS PALMER, AIS #209502,<br>    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION 14-00149-KD-B |
| | : | |
| OFFICER BREWER, *et al.,*<br>    Defendants. | : | |
| | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 7, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendant Sergeant Ammons is **DISMISSED with prejudice** from this action, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), because the Plaintiff's claims against him are either frivolous or fail to state a claim upon which relief can be granted.

This does not affect the status of the case against the remaining defendants, Officer Brewer and Officer Lindsey.

**DONE** and **ORDERED** this the **30th** day of **April 2015.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**